

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2016

No. 04-16-00010-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**SAN ANTONIO POLICE OFFICERS ASSOCIATION**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17585
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to April 27, 2016. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court